IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| DALE WADE WILSON, | No. 2:19-cv-01724-AC |
| Plaintiff, | ORDER |
| v. | |
| COLETTE PETERS, ODOC Director; MICHAEL GOWER, ODOC Assistant Director; MARK NOOTH, Eastside Administrator; MELISSA NOFZIGER, Assistant Inspector General; RON MILES, Correctional Counselor ODOC; and JOHN AND JANE DOES, 1-6, | |
| Defendants. | |

HERNÁNDEZ, District Judge:

Magistrate Judge Acosta issued a Findings and Recommendation [28] on September 25, 2020, in which he recommends that the Court grant Defendants' Motion for Summary Judgment.

1 - ORDER

The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, the Court is relieved of its obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, the Court finds no error.

## CONCLUSION

The Court ADOPTS Magistrate Judge Acosta's Findings and Recommendation [28]. Accordingly, Defendants' Motion for Summary Judgment [22] is GRANTED.

IT IS SO ORDERED.

DATED:        October 30, 2020        .

                                                            /s/ Marco Hernandez
                                                            MARCO A. HERNANDEZ
                                                            United States District Judge

2 - ORDER